NO. 07-02-0477-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JANUARY10, 2003

_____

IN RE PRESTON JEROME WHITE, RELATOR

_____

Before QUINN and REAVIS, JJ. and BOYD, S.J.[*]

**MEMORANDUM OPINION**[1]

By this original proceeding, relator Preston Jerome White, proceeding *pro se and informa pauperis*, seeks a writ of mandamus to compel the Lubbock County District Clerk to provide him with a copy of the clerk's record to prepare a *pro se* brief in response to an *Anders*[2] brief filed by appellate counsel.  Under applicable principles of law, the petition for writ of mandamus is dismissed as moot.

---

[*]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

[1]Tex. R. App. P. 47.4..

[2]Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

The Lubbock County District Clerk has notified this Court that on December 11, 2002, a copy of the clerk's record was forwarded to appellant.  Thus, this proceeding is moot.

Don H. Reavis
Justice